No. 09-1254. VON SAHER v. NORTON SIMON MUSEUM OF ART AT PASADENA ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 09-1313. SALEH ET AL. v. TITAN CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10-330. BROWN, GOVERNOR OF CALIFORNIA, ET AL. v. RINCON BAND OF LUISENO MISSION INDIANS OF THE RINCON RESERVATION, AKA RINCON SAN LUISENO BAND OF MISSION INDIANS, AKA RINCON BAND OF LUISENO INDIANS. C. A. 9th Cir. Certiorari denied.

No. 10-374. ZURESS v. DONLEY, SECRETARY OF THE AIR FORCE. C. A. 9th Cir. Certiorari denied.

No. 10-638. WETHERILL v. MCHUGH, SECRETARY OF THE ARMY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10-735. PHILIP MORRIS USA INC. ET AL. v. JACKSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. Ct. App. La., 4th Cir. Certiorari denied.

No. 10-786. KINGDOM OF SPAIN ET AL. v. ESTATE OF CASSIRER. C. A. 9th Cir. Certiorari denied.

No. 10-827. UNITED STATES EX REL. SUMMERS v. LHC GROUP, INC. C. A. 6th Cir. Certiorari denied.

No. 10-885. WITT, ON BEHALF OF THE ESTATE OF WITT, DECEASED v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10-920. OCHOA v. HOLDER, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 10-940. GOR v. HOLDER, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.